IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MATTHEW JONES, | § | |
| | § | No. 73, 2020 |
| Plaintiff Below, Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| DR. JOSE CAPIRO, | § | C.A. No. K19C-11-048 |
| | § | |
| Defendant Below, Appellee. | § | |

Submitted: August 14, 2020
Decided: September 1, 2020

Before **SEITZ**, Chief Justice; **VALIHURA** and **MONTGOMERY-REEVES**, Justices.

## ORDER

After consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's decision dated February 7, 2020. The appellant, Matthew Jones, has filed numerous lawsuits that have been dismissed as frivolous and abusive of the judicial process by both state and federal courts.[1] We warn Jones that if he continues to file

---

[1] *E.g.*, *Jones v. Hay*, K19-C-11-029 NEP (Del. Super. Ct. Nov. 25, 2019), *aff'd* 2020 WL 4530293 (Del. Aug. 4, 2020); *Jones v. Hay*, K19-C-10-044 NEP (Del. Super. Ct. Nov. 25, 2019); *Jones v. Kalkstein*, 2019 WL 6310055 (Del. Super. Ct. Nov. 21, 2019), *aff'd*, 2020 WL 3096749 (Del. June 10, 2020); *Jones v. Del. State Police*, 2019 WL 6170847 (Del. Super. Ct. Nov. 19, 2019); *Jones v. Howard*, 2018 WL 6039974 (D. Del. Nov. 19, 2018), *aff'd*, 779 Fed. Appx. 151 (3d Cir. Oct. 8, 2019); *Jones v. Christiana Hosp.*, C.A. No. 17C-08-273 JAP (Del. Super. Ct. Aug. 28, 2017), *aff'd*, 2018 WL 1376934 (Del. Mar. 16, 2018); *Jones v. Dover Behavioral Health Sys.*, 2017 WL 3493118 (Del. Super. Ct. Aug. 9, 2017), *aff'd*, 2018 WL 1376933 (Del. Mar. 16, 2018). *See also*

frivolous and vexatious lawsuits and appeals, he will be enjoined from filing appeals in this Court without leave of the Court.[2]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Chief Justice

---

Corrected Answering Br., No. 73, 2020, Docket Entry No. 16, at 13-14 n.57 (Del.) (filed July 16, 2020) (citing additional cases).
[2] *See* 10 *Del. C.* § 8803(e). Briefing in this appeal was already completed when this Court issued a similar warning in *Jones v. Hay*, 2020 WL 4530293 (Del. Aug. 4, 2020).

2